Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JACK D. JORGENSEN, DMD; GARY R FOLKMAN, DDS AND GARY R FOLKMAN DDS PS AND WALLACE WILKENS LLC; DAVID M. ARNDT, DDS; ERIC WAGAR, DMD; KEN SONG, DDS; ZEENY TEJA, MSD; M. ERIC MCRORY, DDS; BRIAN R. BOWMAN, DDS; TY ETHERIDGE, DDS; ROBERT A. BEATY, DDS; ANDY MARASHI, DDS; ERIC J. OPSVIG, DDS; GREGORY KNUTSON, DDS, PS; CHRISTOPHER C. ROBERTSON, DDS, PS; CHRISTIAN SHEWEY, DDS; HUNTLEY AND DIVANO PLLC; ARAGHI AND BESHARATI PLLC; BRENDAN LOPEZ DDS; NADINE EGGER, DDS; KEVIN G. OTTO, DDS; GINA TRASK DDS; MICHAEL B AUSTIN DMD, MB AUSTIN DMD AND JY AUSTIN DDS PLLC, DDS; and ELIZABETH DAVIS DMD AND ELIZABETH DAVIS DMD PLLC, <br><br>     Plaintiffs,<br><br> v.<br><br>THE DENTISTS INSURANCE COMPANY, an insurance company,<br><br>     Defendant. | No. 2:22-cv-00474-BJR<br><br>STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS DAVID M. ARNDT, DDS AND GREGORY KNUTSON, DDS, PS |

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS DAVID M. ARNDT, DDS AND GREGORY KNUTSPM, DDS, PS (2:22-cv-00474-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate to and request dismissal of plaintiffs David M. Arndt, DDS and Gregory Knutson, DDS, PS. This stipulation and request for dismissal applies to the claims of, and counterclaims against, Plaintiff David M. Arndt, DDS and Plaintiff Gregory Knutson, DDS, PS only.

This stipulated motion does not seek dismissal of any other plaintiffs in this action.

The parties further request that the case caption be amended to remove the dismissed plaintiffs, David M. Arndt, DDS and Gregory Knutson, DDS, PS.

It is so stipulated.

DATED this 16th day of May, 2022.

| KELLER ROHRBACK L.L.P. | LETHER LAW GROUP |
|---|---|
| By: *s/ Nathan L. Nanfelt*<br>By: *s/ Gabriel E. Verdugo*<br>    Nathan Nanfelt, WSBA #45273<br>    Gabriel E. Verdugo, WSBA #44154<br>    1201 Third Avenue, Suite 3200<br>    Seattle, WA 98101<br>    Phone: (206) 623-1900<br>    Fax: (206) 623-3384<br>    Email: nnanfelt@kellerrohrback.com<br>    Email: gverdugo@kellerrohrback.com | By: *s/ Eric J. Neal*<br>By: *s/ Kasie Kashimoto*<br>    Eric J. Neal, WSBA #31863<br>    Kasie Kashimoto, WSBA #54268<br>    1848 Westlake Avenue N., Suite 100<br>    Seattle, WA 98109<br>    Phone: (206) 467-5444<br>    Fax: (206) 467-5544<br>    Email: eneal@letherlaw.com<br>    Email: kkashimoto@letherlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant The Dentists Insurance Company* |

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS
DAVID M. ARNDT, DDS AND GREGORY KNUTSPM, DDS, PS
(2:22-cv-00474-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

The Court having considered the stipulated motion of the parties HEREBY ORDERS that Plaintiff David M. Arndt, DDS and Plaintiff Gregory Knutson, DDS, PS are DISMISSED from this case.

It is FURTHER ORDERED that the case caption shall be amended to remove the dismissed plaintiffs, David M. Arndt, DDS and Gregory Knutson, DDS, PS.

**IT IS SO ORDERED.**

DATED this 27th day of May, 2022.

*[signature]*

Hon. Barbara J. Rothstein

Presented by:

Gabriel E. Verdugo, WSBA #44154
Nathan L. Nanfelt, WSBA #45273
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: gverdugo@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

*Attorneys for Plaintiffs*

Eric J. Neal, WSBA #31863
Kasie Kashimoto, WSBA #54268
LETHER LAW GROUP
1848 Westlake Avenue N., Suite 100
Seattle, WA 98109
Phone: (206) 467-5444
Fax: (206) 467-5544
Email: eneal@letherlaw.com
Email: kkashimoto@letherlaw.com

*Attorneys for Defendant The Dentists Insurance Company*

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS
DAVID M. ARNDT, DDS AND GREGORY KNUTSPM, DDS, PS
(2:22-cv-00474-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384