Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JACK D. JORGENSEN, DMD; GARY R FOLKMAN, DDS AND GARY R FOLKMAN DDS PS AND WALLACE WILKENS LLC; ERIC WAGAR, DMD; KEN SONG, DDS; ZEENY TEJA, MSD; M. ERIC MCRORY, DDS; BRIAN R. BOWMAN, DDS; TY ETHERIDGE, DDS; ROBERT A. BEATY, DDS; ANDY MARASHI, DDS; ERIC J. OPSVIG, DDS; CHRISTOPHER C. ROBERTSON, DDS, PS; CHRISTIAN SHEWEY, DDS; HUNTLEY AND DIVANO PLLC; ARAGHI AND BESHARATI PLLC; BRENDAN LOPEZ DDS; NADINE EGGER, DDS; KEVIN G. OTTO, DDS; GINA TRASK DDS; MICHAEL B AUSTIN DMD, MB AUSTIN DMD AND JY AUSTIN DDS PLLC, DDS; and ELIZABETH DAVIS DMD AND ELIZABETH DAVIS DMD PLLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE DENTISTS INSURANCE COMPANY, an insurance company, <br><br> Defendant. | No. 2:22-cv-00474-BJR <br><br> STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFF ROBERT A. BEATY, DDS |

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFF
ROBERT A. BEATY, DDS (2:22-cv-00474-BJR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate to and request dismissal of Plaintiff Robert A. Beaty, DDS. This stipulation and request for dismissal applies to the claims of, and counterclaims against, Robert A. Beaty, DDS only.

This stipulated motion does not seek dismissal of any other plaintiffs in this action.

The parties further request that the case caption be amended to remove the dismissed plaintiff, Robert A. Beaty, DDS.

It is so stipulated.

DATED this 6th day of June, 2022.

| KELLER ROHRBACK L.L.P. | LETHER LAW GROUP |
|---|---|
| By: *s/ Nathan L. Nanfelt*<br>By: *s/ Gabriel E. Verdugo*<br>Nathan Nanfelt, WSBA #45273<br>Gabriel E. Verdugo, WSBA #44154<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: nnanfelt@kellerrohrback.com<br>Email: gverdugo@kellerrohrback.com<br><br>*Attorneys for Plaintiffs* | By: *s/ Eric J. Neal*<br>By: *s/ Kasie Kashimoto*<br>Eric J. Neal, WSBA #31863<br>Kasie Kashimoto, WSBA #54268<br>1848 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>Phone: (206) 467-5444<br>Fax: (206) 467-5544<br>Email: eneal@letherlaw.com<br>Email: kkashimoto@letherlaw.com<br><br>*Attorneys for Defendant The Dentists Insurance Company* |

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFF
ROBERT A. BEATY, DDS (2:22-cv-00474-BJR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

The Court having considered the stipulated motion of the parties HEREBY ORDERS that Plaintiff Robert A. Beaty, DDS is DISMISSED from this case.

It is FURTHER ORDERED that the case caption shall be amended to remove the dismissed plaintiff, Robert A. Beaty, DDS.

**IT IS SO ORDERED.**

DATED this 10th day of June, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFF
ROBERT A. BEATY, DDS (2:22-cv-00474-BJR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384