Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JACK D. JORGENSEN, DMD; GARY R FOLKMAN, DDS AND GARY R FOLKMAN DDS PS AND WALLACE WILKENS LLC; ERIC WAGAR, DMD; KEN SONG, DDS; ZEENY TEJA, MSD; M. ERIC MCRORY, DDS; BRIAN R. BOWMAN, DDS; TY ETHERIDGE, DDS; ANDY MARASHI, DDS; ERIC J. OPSVIG, DDS; CHRISTOPHER C. ROBERTSON, DDS, PS; CHRISTIAN SHEWEY, DDS; HUNTLEY AND DIVANO PLLC; ARAGHI AND BESHARATI PLLC; BRENDAN LOPEZ DDS; NADINE EGGER, DDS; KEVIN G. OTTO, DDS; GINA TRASK DDS; MICHAEL B AUSTIN DMD, MB AUSTIN DMD AND JY AUSTIN DDS PLLC, DDS; and ELIZABETH DAVIS DMD AND ELIZABETH DAVIS DMD PLLC,<br><br>                              Plaintiffs,<br><br>     v.<br><br>THE DENTISTS INSURANCE COMPANY, an insurance company,<br><br>                              Defendant. | No. 2:22-cv-00474-BJR<br><br>STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS ERIC WAGAR, DMD; HUNTLEY AND DIVANO PLLC; AND ANDY MARASHI, DDS |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate to and request dismissal of Plaintiffs Eric Wagar, DMD; Huntley and Divano PLLC; and Andy Marashi, DDS. This

---

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS
ERIC WAGAR, DMD; HUNTLEY AND DIVANO PLLC; AND
ANDY MARASHI, DDS (2:22-cv-00474-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

stipulation and request for dismissal applies to the claims of, and counterclaims against, Eric Wagar, DMD; Huntley and Divano PLLC; and Andy Marashi, DDS only.

This stipulated motion does not seek dismissal of any other plaintiffs in this action.

The parties further request that the case caption be amended to remove the dismissed plaintiffs, Eric Wagar, DMD; Huntley and Divano PLLC; and Andy Marashi, DDS.

It is so stipulated.

DATED this 22nd day of June, 2022.

| KELLER ROHRBACK L.L.P. | LETHER LAW GROUP |
|---|---|
| By: *s/ Nathan L. Nanfelt*<br>By: *s/ Gabriel E. Verdugo*<br>   Nathan L. Nanfelt, WSBA #45273<br>   Gabriel E. Verdugo, WSBA #44154<br>   1201 Third Avenue, Suite 3200<br>   Seattle, WA 98101<br>   Phone: (206) 623-1900<br>   Fax: (206) 623-3384<br>   Email: nnanfelt@kellerrohrback.com<br>   Email: gverdugo@kellerrohrback.com<br><br>***Attorneys for Plaintiffs*** | By: *s/ Eric J. Neal*<br>   Eric J. Neal, WSBA #31863<br>   Kasie Kashimoto, WSBA #54268<br>   1848 Westlake Avenue N., Suite 100<br>   Seattle, WA 98109<br>   Phone: (206) 467-5444<br>   Fax: (206) 467-5544<br>   Email: eneal@letherlaw.com<br>   Email: kkashimoto@letherlaw.com<br><br>***Attorneys for Defendant The Dentists Insurance Company*** |

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS
ERIC WAGAR, DMD; HUNTLEY AND DIVANO PLLC; AND
ANDY MARASHI, DDS (2:22-cv-00474-BJR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

The Court having considered the stipulated motion of the parties HEREBY ORDERS that Plaintiffs Eric Wagar, DMD; Huntley and Divano PLLC; and Andy Marashi, DDS are DISMISSED from this case.

It is FURTHER ORDERED that the case caption shall be amended to remove the dismissed plaintiffs, Eric Wagar, DMD; Huntley and Divano PLLC; and Andy Marashi, DDS.

**IT IS SO ORDERED.**

DATED this 24th day of June, 2022.

*[signature]*
_____
Hon. Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFFS ERIC WAGAR, DMD; HUNTLEY AND DIVANO PLLC; AND ANDY MARASHI, DDS (2:22-cv-00474-BJR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384